IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01498-LTB-MJW

MARK G. DALY,

    Plaintiff,

v.

GARY KENFIELD,
SHIRLEY KENFIELD,
THOMAS A. NOLAN,
BECK, JONSON AND NOLAN, PC,

    Defendants.

___

## ORDER OF DISMISSAL
___

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal (Doc 14 - filed November 24, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

    BY THE COURT:

      s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED:   November 25, 2008