IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01498-LTB-MJW

MARK G. DALY,

    Plaintiff,

v.

GARY KENFIELD,
SHIRLEY KENFIELD,
THOMAS A. NOLAN,
BECK, JONSON AND NOLAN, PC,

    Defendants.

___

**ORDER**
___

Upon the Plaintiff's Petition to File Plaintiff's Notice of Voluntary Dismissal Out of Time (Doc 16), the Petition is granted and the case is dismissed.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED:    November 26, 2008